William E. Ireland (Bar No. 115600)
Brett G. Moore (Bar No. 311637)
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant
FIRST PREMIER BANK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JANAE DERDEN,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.; FIRST PREMIER BANK; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:18-cv-00770-MCE-AC<br><br>**STIPULATION OF THE PARTIES TO ENGAGE IN BINDING ARBITRATION; ORDER** |

IT IS HEREBY STIPULATED and agreed to between Plaintiff JANAE DERDEN and Defendant FIRST PREMIER BANK, by and through their attorneys of record, as follows:

1. All issues pendant in this action will be submitted to binding arbitration.

2. By reason thereof, Plaintiff and Defendant request the Court to stay this action pending the outcome of the arbitration proceeding.

3. The Court shall retain jurisdiction over this case.

4. Defendant First Premier Bank has a pending Motion to Compel Arbitration and Stay the Court Action, which the Court has taken under submission.

5. Within thirty days of full satisfaction of any arbitration award, Plaintiff Janae Derden will dismiss the instant District Court action with prejudice.

Dated: May 14, 2018   SAGARIA LAW

By: /s/ Elliot Gale
Elliot Gale
Scott M. Johnson
Attorneys for Plaintiff, JANAE DERDEN

Dated: May 14, 2018   HAIGHT BROWN & BONESTEEL LLP

By: /s/ Brett G. Moore
William E. Ireland
Brett G. Moore
Attorneys for Defendant, FIRST PREMIER BANK

## ORDER

The above Stipulation is approved. All of the causes of action and claims of Plaintiff are ordered to binding arbitration. This matter is stayed pending the outcome of the arbitration proceeding.

IT IS SO ORDERED.

Dated: June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

FP07-0000066
12636989.1

2

STIPULATION OF THE PARTIES TO ENGAGE IN BINDING ARBITRATION; ORDER